**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2023

**BY EMAIL & ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Donte Pratt**
      **23 Mag. 1736 (UA); 23 Mag 2377 (UA)**

Dear Judge Cave:

    We write, as counsel for Donte Pratt in the above-captioned matters, to respectfully request that the Court modify Mr. Pratt's bail conditions to allow him to reside with his longtime girlfriend and bond co-signer, Latifa Ruiz, at an address that has been disclosed to pretrial services. Pretrial services and the government do not object to this request.

    On March 24, 2023, Mr. Pratt was presented in Magistrate Court. Following a contested bail hearing, Your Honor set the following bail conditions:[1]

> $75,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; home incarceration at mother's home in the Bronx enforced by location monitoring technology; continue or start an education program; surrender all travel documents with no new applications; travel restricted to the Southern District of New York, the Eastern District of New York, and the District of New Jersey for court appearances only; attend all court dates for this and any other proceedings; avoid all contact, direct or in direct, with any person who is or may be a victim or witness in the investigation; mental health evaluation and treatment; not possess a firearm, destructive device, or other weapon; not possess personal identification information of any other person; must not open any new bank accounts or lines of credit without prior notice to and permission of pretrial services; consent to pretrial services search of cellphone during home

---

[1] Mr. Pratt was presented in Court on a separate docket, 23 Mag. 1736, on March 8, 2023 and released on a different set of conditions.

Hon. Sarah L. Cave

      visits; speak with Judge Cave within 24 hours of release and have weekly calls with Judge Cave thereafter.

    Mr. Pratt was released on his own signature and complied with all conditions of release shortly thereafter. On March 29, April 3, April 10, April 17, April 24, and May 8 Mr. Pratt participated in phone calls with the government, pretrial services, and Your Honor as directed. His next call with the Court is scheduled for 9:30 am on Monday, May 22. On May 8, Mr. Pratt expressed his desire to reside with his girlfriend, Latifa Ruiz, who is one of his bond co-signers, instead of his mother. The Court directed the parties to meet and confer about Mr. Pratt's request and directed the defense to file a letter on the docket if the parties agreed about Mr. Pratt's change in residence.

    After the call, the defense shared Ms. Ruiz's home address with both pretrial services and the government, and pretrial services visited Ms. Ruiz's home. Pretrial services determined that Ms. Ruiz's residence is suitable for Mr. Pratt's home incarceration. Neither pretrial services nor the government object to Mr. Pratt's change in residence.

    Accordingly, Mr. Pratt respectfully requests that the Court modify his bail conditions to allow him to relocate to Latifa Ruiz's residence at an address that has already been disclosed to pretrial services.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Michael Arthus, Esq.

*Counsel for Donte Pratt*

cc:    Counsel of record

All other conditions remain in full force and effect.
**SO ORDERED:**

_____ 5/16/2023
**THE HONORABLE SARAH L. CAVE**
United States Magistrate Judge